UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICARDO ROMERO,            )
    Plaintiff            )
                           )
                  v.       )  No. 10-cv-30041-MAP
                           )
MICHAEL J. ASTRUE,         )
Commissioner of Social     )
Security Administration,   )
    Defendant            )


MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS
AND DEFENDANT'S MOTION TO AFFIRM COMMISSIONER
(Dkt. Nos. 8, 10, & 12)

March 1, 2011

PONSOR, D.J.

    This is an action for judicial review of a final decision by the Commissioner of the Social Security Administration regarding Plaintiff's entitlement to Social Security Disability Insurance benefits and Supplemental Security Income pursuant to 42 U.S.C. §§ 405(g) and 1381(c)(3). Plaintiff and Defendant filed cross-motions seeking judgment, and these motions were referred to Magistrate Judge Kenneth P. Neiman for a report and recommendation.

    On February 11, 2011, Judge Neiman issued his Report and Recommendation, to the effect that Plaintiff's motion should be denied and Defendant's motion should be allowed.

See Dkt. No. 12. On February 24, 2011 Plaintiff filed his objections to the Report and Recommendation. Upon de novo review, the court will adopt the Report and Recommendation, deny Plaintiff's motion and allow Defendant's motion.

As Judge Neiman's Recommendation points out, Plaintiff claimed disability based on back, neck, and shoulder pain. Later, at the administrative hearing, he also claimed to be suffering from ulcers, insomnia, depression, and anxiety. The Administrative Law Judge found that Plaintiff's physical impairments limited him to medium work and that his cognitive and emotional impairments limited him to light, unskilled work.

Judge Neiman was correct that these findings were supported by substantial evidence on the record. The ALJ was not required to accept Plaintiff's own testimony with regard to his emotional difficulties, but could reply upon significant countervailing evidence in the administrative record, including opinions of some of Plaintiff's own doctors who found Plaintiff's mental impairments to be non-disabling.

Finally, for the reasons set forth in the Report and Recommendation, the ALJ did not err in the hypothetical question he placed to the vocational expert, which formed the basis of his residual functional capacity findings.

Based on the foregoing, the court hereby ADOPTS Judge Neiman's Report and Recommendation (Dkt. No. 12). The court hereby ALLOWS Defendant's Motion to Affirm Commissioner (Dkt. No. 10) and DENIES Plaintiff's Motion for Judgment on the Pleadings (Dkt. No. 8). The clerk will enter judgment for Defendant. This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge